FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 13 2026 ★
LONG ISLAND OFFICE

**BEGIN EXHIBIT A**

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**ERICA VICTORIA RODRIGUEZ,**

Plaintiff,

RECEIVED
NOV 13 2026
EDNY PRO SE OFFICE

v.

**HEATHERWOOD COMMUNITIES LLC**

**HEATHERWOOD LUXURY RENTALS LLC**

**VILLAS AT PINE HILLS**

**PINE HILLS SOUTH**

**SAFE RENT SOLUTIONS LLC**

**MR. CHRISTOPHER CAPECE** — PRESIDENT OF HEATHERWOOD COMMUNITIES LLC & HEATHERWOOD LUXURY RENTALS LLC

**CATHLEEN KEANE** — CHIEF OF STAFF, HEATHERWOOD CORPORATE OFFICE

**ALYSSA JIMENEZ** — HEATHERWOOD LEGAL DEPARTMENT

**ALEX ZAECH** — LEASING AGENT, VILLAS AT PINE HILLS

**NADEAN BOLTREK** — LEASING AGENT, PINE HILLS SOUTH

Defendants.

CV 26 7369

BULSARA, J.

LINDSAY, M.J.

Case No: ____________________

COMPLAINT

**Who I Am**

1. My name is Erica Victoria Rodriguez.
2. I am disabled and diagnosed with PTSD, ADHD, depression, anxiety, bipolar 1 disorder, and borderline personality disorder.
3. I receive Section 8 housing help and Social Security Disability income.
4. I only have an 8th-grade education.
5. I needed to move to Long Island, New York to be near my family, who are my support system.
6. My doctors wrote notes saying I was under extreme stress, not eating, not drinking, and having mental health problems.
7. My housing authority approved my reasonable accommodation to move.
8. Heatherwood Communities LLC and SafeRent Solutions LLC are repeat offenders and were sued before for discrimination, and they have a history of treating applicants unfairly.

**Why I am filing in Federal Court**

9. I only have an 8th-grade education and I am not a lawyer.
10. I am disabled and my disabilities make it difficult for me to understand legal terms and laws.
11. I am doing the best I can to explain what happened to me in simple words.
12. I believe the defendants discriminated against me because of my disability and violated the Fair Housing Act.
13. I am filing this case in federal court because I believe my rights under federal law were

violated.

14. I ask the Court to fairly consider my allegations as a self-represented plaintiff
15. Because of my disabilities, I have trouble understanding legal terms, laws, and statutes. I believe the defendants discriminated against me because of my disability and violated the Fair Housing Act. I am filing this case in federal court because I believe my rights under federal law were violated.
16. I want a fair chance to have my case be heard, and I need the judge's help to put the correct laws and statutes in my complaint.
17. I can understand the laws if they are explained to me in laymen's terms, but I cannot identify them on my own because of my disabilities.

**My Housing Authority Tried to Send My File, But Heatherwood Blocked the Move**

18. My Orlando Section 8 caseworker prepared my entire file to send to my original housing authority in Indiana.
19. My Indiana housing authority was supposed to send my portability file to Suffolk County Housing Authority in New York.
20. They never got the chance.
21. Heatherwood Communities LLC shut the door in my face the moment I applied to their two properties. Heatherwood blocked me from even starting the voucher process because they refused to communicate with me and refused to process my application correctly.
22. The voucher process never started because Heatherwood blocked me as soon as I applied for the apartments.

**My Lease Break Was Approved**

23. I lived at Grand Reserve at Maitland Apartments in Orlando, Florida.

24. I asked for a special accommodation to break my lease early because of my disability.

25. On June 29, 2026, Vice President Evelyn Holland emailed me: "your lease will be terminated without a termination fee."

26. I depended on this approval to move to New York.

**I Applied to Both Heatherwood Properties**

27. I applied to Villas at Pine Hills and Pine Hills South on June 30, 2026.

28. SafeRent Solutions LLC screened me for both properties.

29. SafeRent sent my background check results directly to Heatherwood.

30. SafeRent marked me: "Approved under conditions." SafeRent found: No criminal records, No sex offender records, No court records, No fraud alerts, Identity verified.

31. SafeRent Solutions LLC is a repeat offender for discrimination against disabled people and voucher holders.

32. Heatherwood Communities LLC is also a repeat offender for discrimination against people like me.

33. Heatherwood Communities LLC and SafeRent Solutions LLC were sued before for discrimination, and they have a history of treating applicants unfairly.

34. Both companies used SafeRent's "approved under conditions" result to force me into the guarantor program.

**First Signs of Discrimination – Both Properties Ignored Me**

35. On July 2, 2026, I emailed my housing worker saying the landlord was refusing to communicate with me.

36. My Orlando housing authority case worker said she can't help me since she is unfamiliar with the property.

37. Both properties ignored me for days.

**Villas at Pine Hills – Alex Zaech's Emails and Quotes**

38. On July 6, 2026, Alex emailed me: "We have reviewed your application, and unfortunately, it did not meet the qualification criteria on its own." He said: "You still have the opportunity to move forward by adding a guarantor." And he said: "You must submit your guarantor within 48 hours."

39. He said: "If you choose not to use the Guarantors program then the application would be cancelled."

40. I asked: "So my Section 8 and Social Security did not work as income?"

41. Alex replied: "Section 8 and Social Security would not influence your background check results." He said: "Unless your subsidy pays 100% of the rent, you must use the guarantors."

42. He ignored me until I stated my rights.

43. After I stated my rights, he told me Section 8 must pay 100% or I must use the guarantor program.

**Pine Hills South – Nadean Boltreck's Emails and Quotes**

44. On July 2, 2026, Nadean wrote: "We did receive the result, and you were approved with conditions." She also wrote: "We are unable to approve it based on the screening results."

45. She said: "Your application may qualify with an approved guarantor." She said: "Your application will be good for 5 days. If there is no movement the system will cancel the application."

46. She said: "Anyone approved with conditions or denied must go through the guarantors."

47. I asked: "Why would I need a guarantor if Section 8 covers most of my rent?"

48. She ignored the question.

49. When I cited my rights, she wrote: "You are expressing your feelings very negative against our community." She wrote: "We have to treat all applicants the same."

50. I told her: "I have great rental history and no evictions." She ignored this.

51. I told her: "I'm disabled… I feel discrimination." She ignored this.

52. I asked: "What about a deposit option?" She ignored this.

53. She wrote: "The screening looks at your credit, income and rental history and they snowball it."

54. This is illegal for voucher holders.

**The Tour at Villas at Pine Hills With My Friend and Alex While I Was on FaceTime**

55. I received emails from Lea, the leasing assistant at Villas at Pine Hills, confirming my tour for 12:45 PM on June 30, 2026.

56. Lea wrote: "You are confirmed for your tour. One of my colleagues will meet you today at 12:45pm."

57. She gave the phone number (631) 878-2525. She gave the address: 1B Country Club Drive, Manorville, NY 11949. She wrote: "Once you enter the community, the leasing office will be the first building on the right hand side." She also sent a flyer with photos of the community.

58. My friend went to the tour in person because I was still in Florida. My friend met with Alex at Villas at Pine Hills. My friend had me on FaceTime during the entire tour so I could see the apartment and hear everything Alex said.

59. I saw the apartment through FaceTime and listened to Alex explain the unit and the community.

60. This shows I was actively trying to move forward and was doing everything I could to complete the process. Even though I was trying my best, Heatherwood still blocked me and forced me into the guarantor program.

**Email to President Capece and Chief of Staff Keane**

61. On July 4, 2026, I emailed President Christopher Capece and Chief of Staff Cathleen Keane.

62. I told them I was filing a formal fair housing complaint. I wrote: "I requested a reasonable accommodation because my disability income covers my portion of the rent." I wrote: "On July 3, Ms. Boltrek denied my request and said everyone must be treated equally by using a guarantor." I wrote: "When I cited my rights, she accused me of speaking negatively." I wrote: "This violates the Fair Housing Act and New York State Human Rights Law. I wrote: "It is illegal to judge a voucher holder based on the total rent."

63. I wrote: "I have a complete timestamped evidence log." I wrote: "I am prepared to hand this to LIHS, FHJC, and Suffolk County Human Rights Commission."

64. Heatherwood never responded.

**July 6, 2026 – Phone Call From Alyssa Jimenez (Heatherwood "Legal Team")**

65. On July 6, 2026, I got a call from Alyssa Jimenez, who said she was calling "from the legal team." She asked: "So your Section 8 covers a majority and your Social Security covers the rest?"

66. I told her: "No, Section 8 covers almost all my rent and Social Security covers the rest."

67. She said. "Ok got it, that's what I was thinking."

68. She asked me to explain why I didn't want the guarantor program. She said: "I want to

understand what is going on on your end."

69. I told her :"Heatherwood is supposed to count my Section 8 and Social Security as income."
70. She said: "Yes! We absolutely do take all kinds of income."
71. She said: "We want to understand if what we are creating as a policy is not what we should be enforcing."
72. She said: "Typically anyone accepted with conditions does have to go through the guarantors, but we are taking this into consideration." She said she was talking to the legal team and her director.
73. I told her: "I reported this to several agencies. It took a toll on my mental health. I feel I was discriminated."
74. She asked: "How were you discriminated?"
75. I told her the state would handle it.
76. She asked: "Are you still looking to move forward?"
77. I asked: "Forward with what?" She said: "To move into this community." I told her: "No. I will not live somewhere being discriminated, belittled, and humiliated."
78. She said: "Ok… we will still look into that for you."

**My Experience With The Guarantor Program**

79. Heatherwood forced me into the guarantor program even though I had a Section 8 voucher and Social Security disability income.
80. When I tried to apply, the guarantor program blocked me because they do not accept Direct Express, which is the card I receive my Social Security benefits on.
81. It was impossible for me to continue the guarantor application.

82. I have screen recordings of the conversations by text with the guarantors' representatives
83. I later realized that it was actually SafeRent and the defendants involved in the decision on my application, not just the guarantor company.
84. I have the call log showing the exact length of the call with Carlos from The Guarantor.
85. In the beginning I thought the guarantors were the ones denying me, but later I realized it was actually SafeRent. This whole thing confused me because I didn't understand why I needed the guarantors at all when I already had Section 8 and Social Security.
86. Carlos, the guarantor representative, told me the guarantor program was waiting on Pine Hills South to send them my information.
87. This confused me because Heatherwood told me I had to apply with the guarantor program first.
88. Carlos said they emailed Pine Hills South many times and never got an answer from anyone.
89. That was the end of the communication between me and Carlos, the guarantor representative.

**My Text Messages With The Guarantor Program and All Credit Pulls**

90. I also have text messages with the guarantor program about what Heatherwood Pine Hills South was doing.
91. They told me they were waiting on Pine Hills South to send them my information.
92. I asked them why Pine Hills South was forcing me into their program when I had a Section 8 voucher and Social Security disability income.

93. They asked me: "Do you even need us if you have a voucher?"

94. I told them I did not understand why Heatherwood was making me do this.

95. I have screen recordings of all the texts.

96. My credit was pulled four times without my understanding or proper consent.

97. Two credit pulls were done by the guarantor program: July 2, 2026 (Equifax), July 7, 2026 (Equifax).

98. I did not know they were going to pull my credit twice. I did not understand why they pulled it again on July 7.

99. Two credit pulls were done by SafeRent Solutions LLC: June 30, 2026 (Experian); July 2, 2026 (Experian).

100. On my Experian report, the July 2 pull says: "On behalf of Pine Hills South – legitimate business need." I do not know what "legitimate business need" means. I never gave permission for multiple credit pulls.

101. I applied at those two apartments but they pulled my credit four times.

102. I have copies of my credit reports showing all four pulls.

103. I also have call logs showing how many times I called both apartment complexes and was ignored and ghosted.

**My Medical Emergency**

104. On July 8, 2026, I had a severe mental and physical breakdown.

105. I had suicidal thoughts, panic, and extreme distress. I was rushed to the emergency room.

106. Doctors documented: Suicidal ideation, Dehydration, Dangerously high blood pressure, Mental health crisis, Not eating or drinking, Shaking and crying.

93. They asked me: "Do you even need us if you have a voucher?"

94. I told them I did not understand why Heatherwood was making me do this.

95. I have screen recordings of all the texts.

96. My credit was pulled four times without my understanding or proper consent.

97. Two credit pulls were done by the guarantor program: July 2, 2026 (Equifax), July 7, 2026 (Equifax).

98. I did not know they were going to pull my credit twice. I did not understand why they pulled it again on July 7.

99. Two credit pulls were done by SafeRent Solutions LLC: June 30, 2026 (Experian); July 2, 2026 (Experian).

100. On my Experian report, the July 2 pull says: "On behalf of Pine Hills South – legitimate business need." I do not know what "legitimate business need" means. I never gave permission for multiple credit pulls.

101. I applied at those two apartments but they pulled my credit four times.

102. I have copies of my credit reports showing all four pulls.

103. I also have call logs showing how many times I called both apartment complexes and was ignored and ghosted.

**My Medical Emergency**

104. On July 8, 2026, I had a severe mental and physical breakdown.

105. I had suicidal thoughts, panic, and extreme distress. I was rushed to the emergency room.

106. Doctors documented: Suicidal ideation, Dehydration, Dangerously high blood pressure, Mental health crisis, Not eating or drinking, Shaking and crying.

107. I was Baker Acted. I was hospitalized at Central Florida Behavioral Hospital from July 9–13, 2026.

108. Records show I was a high-risk patient.

109. My crisis was triggered by housing discrimination.

110. I was referred to a partial inpatient program. I could only attend one day because the trauma was too severe.

111. I started one-on-one therapy.

112. My dermatologist diagnosed Telogen Effluvium (stress hair loss). I have videos showing my hair loss.

113. My medical records show dehydration, exhaustion, anxiety, depression, bipolar symptoms, PTSD triggers, and suicidal ideations.

114. I am still in treatment today and will need ongoing therapy and psychiatric care because of everything that happened.

115. My doctors told me my treatment is long-term and my therapy sessions are indefinite.

116. I have screen recordings of me contacting the crisis line on July 24, July 25, July 26, and August 8 because of the stress and discrimination.

117. My Humana Medicare Gold Plus plan paid for my emergency room visit, my behavioral hospital stay, my medications.

**Defendants' Discrimination Forced Me to Stay in Florida Away from My Support System**

118. I Saved My Voucher and Stayed at Grand Reserve at Maitland After my hospitalization, I realized I could not move to New York.

119. I begged two housing authorities and my property manager to stop the port.

120. I begged them to recall my file so I would not become homeless. They agreed and stopped the port.

121. On July 20, 2026, the housing authority wrote: "We will continue to assist you at your current location: FLORIDA."

122. I still live at Grand Reserve at Maitland because I saved my voucher.

**Evidence I Have (Not Attached)**

123. I have all emails, texts, recordings, medical records, videos, SafeRent reports, guarantor program texts, housing authority emails, crisis line recordings, and call logs.

124. I have copies of all credit pulls.

125. I have screen recordings of all communication with the guarantor program.

126. I have screen recordings of my medical crisis and hair loss.

127. I have call logs showing how many times I tried to reach both properties and was ignored.

**Damages**

128. Emotional distress and Mental health crisis, including Hospitalization, Partial inpatient program, One-on-one therapy, Severe hair loss, Dehydration, Exhaustion, Anxiety and depression, PTSD triggers, Ongoing therapy and psychiatric care, Long-term mental health harm. My Humana Medicare Gold Plus plan continues to pay for my treatment, but the emotional and mental harm is still ongoing.

129. Punitive Damages, I ask the court for Punitive Damages because the defendants' actions were harmful and caused me severe emotional and physical trauma.

130. I am asking the Court to award me $350,000 for the emotional distress, mental health crisis, hospitalization, ongoing therapy, physical symptoms, the way this has

affected my everyday life, and other harm caused by the defendants' actions. I believe this amount is fair based on the serious impact these events had on my health, my housing, and my daily life.

**Jury Demand**

131. I want a jury trial.

**What I Want the Court To Do**

132. I want the court to order Heatherwood to change their application process for disabled people and voucher holders.

133. I want the court to recognize the emotional harm, mental health crisis, hospitalization, and trauma caused by the defendants.

134. I want the court to review the actions of all defendants.

135. I want the court to award me what they think is fair for what the defendants put me through.

136. I want the court to help me with anything else I may be entitled to.

**Signature Page**

137. I declare under penalty of perjury that the facts stated in this complaint are true to the best of my knowledge and belief.

138. I am filing this complaint on my own as a pro se plaintiff.

Date: 11|12|2026

Signed: [signature]

Erica Victoria Rodriguez

Grand Reserve at Maitland Apartments